UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELLERY PEPPIN,  CIVIL NO. 16-1320 (ADM/HB)

    Plaintiff,

v.  ORDER

KELLI BODIE-MINER,
JAMIE WUORI, and
LAURIE SEVERSON,

    Defendants.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 29, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

1. Defendants' Motion to Dismiss [Docket No. 12] is **GRANTED**.

2. Plaintiff's Complaint [Docket No. 1] is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 19, 2016      s/Ann D. Montgomery
    ANN D. MONTGOMERY
    United States District Judge